JUDGE PAULEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| TWENTY-FIRST SECURITIES CORPORATION, | ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |
|---|---|
| Plaintiff, | |
| -against- | |
| DR. BYRON CRAWFORD, | Case No. 11 CIV 6406 |
| Defendant. | |

Upon the Declaration of Robert Gordon, dated September 13, 2011, the Declaration of Kevin M. Shelley, dated September 13, 2011, Plaintiff's Memorandum of Law, dated September 13, 2011, and upon the copy of the Complaint annexed hereto, it is:

ORDERED, that the above-named defendant show cause before a motion term of this Court, at Room 11D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on November 4, 2011 at 3:30 o'clock in the afternoon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant Dr. Byron Crawford ("Defendant") from pursuing claims brought against Plaintiff in the FINRA Arbitration Proceeding Defendant instituted on July 18, 2011, captioned *Dr. Byron Crawford v. Twenty-First Securities Corporation*, FINRA Case No. 11-02801 ("FINRA Arbitration Proceeding"), and granting such other and further relief as this Court may deem just and proper; and it is further,

ORDERED, that sufficient reason having been shown therefor, pending the hearing and determination of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Defendant is temporarily restrained and enjoined from pursuing claims brought against Plaintiff in the FINRA Arbitration Proceeding, and the FINRA Arbitration Proceeding is hereby stayed; and it further,

ORDERED that Plaintiff shall not be required to post security in connection with its motion for preliminary injunction; and it is further,

ORDERED that service by overnight delivery (via Federal Express or similar service) of a copy of this Order, the accompanying Declarations and Memorandum of Law, and the Complaint upon Defendant's counsel, Philip M. Aidikoff, Esq., Aidikoff, Uhl & Bakhtiari, 9454 Wilshire Boulevard, Ste. 303, Beverly Hills, CA 90212 on or before September 15, 2011 shall *WPP* be deemed good and sufficient service thereof.

Dated: New York, New York
September 14, 2011

*Opposition papers to be served by October 3, 2011*
*Reply papers to be served by October 11, 2011*
*Oral argument on Nov. 4, 2011.*
~~Security in the amount of $_____ shall be posted by Plaintiff~~

_____
United States District Judge