UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------X
TWENTY-FIRST SECURITIES CORP.,          :
                                                                    11 Civ. 6406 (WHP)
            Plaintiff,              :

                                                                    SCHEDULING ORDER
    -against-                       :

DR. BYRON CRAWFORD.,                    :

           Defendant.              :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        This Court will hold a conference on January 13, 2012 at 11:30 a.m. to fix a schedule for the management of this action.

Dated: December 22, 2011
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ FILED: 12/22/11]

*All Counsel of Record*